*Monday, May 11, 1998*

## MERIT DOCKET

**98–843.   State ex rel. Retterer v. Marion Cty. Court of Common Pleas.**
In Mandamus and Prohibition.

This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition.   Upon consideration of relator's emergency motion for stay,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent and would deny the emergency motion for stay.

## MISCELLANEOUS DISMISSALS

**97–569.   State ex rel. Oatney v. Indus. Comm.**
Franklin App. No. 96APD03–354.

This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–373.   State ex rel. Holmes v. Wilkinson.**
Franklin App. No. 97APD05–617.

This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due May 4, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**98–404.   Watt, Roop & Co. v. Tracy.**
Board of Tax Appeals, No. 95–P–906.

This cause is pending before the court as an appeal from the Board of Tax Appeals.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, dismissed.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.